**Margaret S. Craigie, appellee, v. Chicago Railways Company et al., appellants. Gen. No. 26,508.**

Action for damages for personal injuries sustained in a collision between an automobile in which plaintiff was riding and defendants' street car. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Oscar M. Torrison, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. McSurely, J., dissenting. Opinion filed March 7, 1922. Rehearing denied and supplemental opinion filed March 27, 1922. *Certiorari* denied by Supreme Court (making opinion final).

Charles Le Roy Brown, for appellants; John R. Guilliams and Philip Rosenthal, of counsel. Harry D. Knight and Thomas J. Peden, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**B. E. Detman, appellant, v. J. L. Hanson, trading as I. & M. Garage, appellee. Gen. No. 26,513.**

Action to recover damages for injury by fire to plaintiff's automobile while stored in defendant's garage. Judgment for plaintiff rendered and, later, vacated. Appeal from the Municipal Court of Chicago; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the October term, 1920. Reversed and remanded. Opinion filed March 7, 1922.

Wetten, Matthews & Pegler, for appellant. William Y. Baird, for appellee.

Mr. Justice Matchett delivered the opinion of the court.

---

**Albert M. Ellis, appellee, v. Metropolitan West Side Elevated Railway Company, appellant. Gen. No. 26,537.**

Action for damages for personal injuries sustained in a collision between an automobile in which plaintiff was riding and one of defendant's cars. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Joseph H. Fitch, Judge, presiding. Heard in this court at the October term, 1920. Affirmed. Opinion filed March 7, 1922.

Addison L. Gardner and Carroll H. Jones, for appellant. Charles P. Molthrop, for appellee.

Mr. Justice Matchett delivered the opinion of the court.